A PUNITIVE DISCHARGE MAY NOT BE AFFIRMED WHEN THE RECORD IS NOT VERBATIM. HERE, DURING SENTENCING, THE MEMBERS HEARD SOME PORTION OF THE PROVIDENCE INQUIRY WHICH DREW A CURATIVE INSTRUCTION FROM THE MILITARY JUDGE. ON APPEAL, THE LOWER COURT ATTACHED, OVER DEFENSE OBJECTION, WHAT PURPORTED TO BE THE MISSING SECTION. THIS SECTION WAS NOT PROPERLY AUTHENTICATED NOR DOES IT ACCURATELY REFLECT THE MISSING PORTION. MAY APPELLANT'S PUNITIVE DISCHARGE BE AFFIRMED DESPITE THE LACK OF A VERBATIM RECORD?

Briefs will be filed under Rule 25.

No. 14–0071/AR. U.S. v. Travis D. Jones. CCA 20110679. Review granted on the following issue:

WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION WHEN HE DENIED THE DEFENSE'S MOTION TO SUPPRESS APPELLANT'S STATEMENT TO THE MILITARY POLICE.

Briefs will be filed under Rule 25.

No. 14–0230/AR. U.S. v. Samuel R. Spotts. CCA 20111144. Review granted on the following issue:

WHETHER APPELLANT WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL WHEN HIS TRIAL DEFENSE COUNSEL FAILED TO REQUEST DEFERMENT OF AUTOMATIC FORFEITURES ON HIS BEHALF.

Briefs will be filed under Rule 25.

No. 13–0510/AF. U.S. v. Christopher S. Ferris. CCA 37885. Appellant's motion to supplement the record is denied.

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellee's motion to extend time to file a brief granted to February 18, 2014.